**Eddie KEEPER, Appellant,**

v.

**David D. NOCE, Magistrate Judge, et al., Appellees.**

No. 05–5175.

United States Court of Appeals, District of Columbia Circuit.

March 10, 2006.

Eddie Keeper, Federal Correctional Institution Memphis Satellite Camp, Millington, TN, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Civil Appellate, Washington, DC, for Appellees.

Before: GINSBURG, Chief Judge, and SENTELLE and GARLAND, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed April 7, 2005, be affirmed. The district court correctly determined that appellant's claims against the federal magistrates, district judges, and prosecutor are barred by judicial and prosecutorial immunity. *See Mireles v. Waco,* 502 U.S. 9, 10, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991); *Stump v. Sparkman,* 435 U.S. 349, 98 S.Ct. 1099, 55 L.Ed.2d 331 (1978); *Imbler v. Pachtman,* 424 U.S. 409, 96 S.Ct. 984, 47 L.Ed.2d 128 (1976). Moreover, all of appellant's damages

claims are barred by *Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), because a judgment on those claims would necessarily imply the invalidity of his conviction, which has not been invalidated in a prior proceeding. *See also Edwards v. Balisok,* 520 U.S. 641, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997). Accordingly, we affirm the dismissal of the complaint without prejudice.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.